

# THE THIRTEENTH COURT OF APPEALS

### 13-14-00607-CV

Gloria Hicks
v.
Group & Pension Administrators, Inc.

On Appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2014-DCV-3130-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed and remanded in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED AND REMANDED IN PART AND REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

September 3, 2015